# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

**DOCKET NUMBER:** _____

**DATE FILED:** SEP 0 9 2019

**SIGNED BY:** JUDGE CROTTY

**DATE SIGNED:** SEP 0 9 2019

## TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

__X__ COMPLAINT / PETITION ONLY

____ OTHER DOCUMENTS / EXHIBITS

*FILED U.S. DISTRICT COURT 2019 SEP -9 PM 12:54 S.D. OF N.Y.*