UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Relevent Sports, LLC,

        Plaintiff(s),

  -against-

United States Soccer Federation, Inc.,

        Defendant(s).
--------------------------------------------------------X

Case No. 1:19-cv-08359-VEC

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

      RICARDO DELPRATT, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 19th day of September, 2019, at approximately 11:39 AM, deponent served a true copy of the NOTICE OF INITIAL PRETRIAL CONFERENCE upon United States Soccer Federation, Inc. c/o CT Corporation System at 28 Liberty Street, New York, New York, by personally delivering and leaving the same with Sattie Jairam, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Sattie Jairam is an Indian female, approximately 63 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 180 pounds with black hair and glasses.

_____
RICARDO DELPRATT #2067114

Sworn to before me this
19th day of September, 2019

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2022