**MEMO ENDORSED**

Lawrence E. Buterman
Direct Dial: (212) 906-1264
lawrence.buterman@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

November 1, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2019

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re: *Relevent Sports, LLC v. United States Soccer Federation, Inc.*
Case No. 1:19-cv-08359 (VEC)

Dear Judge Caproni:

We represent defendant United States Soccer Federation, Inc. ("U.S. Soccer") in the above-referenced action, and write to respectfully request that the parties be granted leave to file memoranda of law in excess of the page limitations set forth in Rule 4.B. of Your Honor's Individual Rules & Practices in Civil Cases, in connection with Defendant's forthcoming Motion to Dismiss ("Motion to Dismiss") the Complaint, which is due November 8, 2019.

The parties request that the Court allow thirty-five (35) pages for Defendant's memorandum of law in connection with its Motion to Dismiss; thirty-five (35) pages for Plaintiff Relevent Sports, LLC's memorandum of law in opposition; and fifteen (15) pages for Defendant's reply.  The requested enlargement is appropriate and efficient because it will allow Defendant U.S. Soccer to present its motion to compel arbitration and motion to dismiss in the same 35-page brief, rather than file separate briefs that would require duplicative factual and procedural backgrounds.  *See* October 24, 2019 Initial Report of Parties Before Pretrial Conference, Dkt. No. 21. The requested enlargement is also appropriate to allow the parties to fully and adequately address the allegations and legal issues presented by the claims in Relevent's complaint.

This is the first such request for enlargement, and Plaintiff consents to and joins in the relief requested herein.

**LATHAM & WATKINS**LLP

Respectfully submitted,

/s/ Lawrence E. Buterman
Lawrence E. Buterman
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)

Application GRANTED.

SO ORDERED.

*[signature]* 11/04/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2