**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RELEVENT SPORTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SOCCER FEDERATION, INC. <br><br> Defendant. | Case No. 1:19-cv-08359-VEC |

**DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF PLAINTIFF RELEVENT SPORTS, LLC'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION OR IN THE ALTERNATIVE TO DISMISS THE COMPLAINT**

I, Jeffrey L. Kessler, declare as follows:

1.     I am a partner at Winston & Strawn LLP and counsel to Plaintiff Relevent Sports, LLC ("Relevent") in this action.

2.     I make this declaration based upon my own personal knowledge in support of Relevent's Opposition to Defendant's Motion to Compel Arbitration or in the Alternative to Dismiss the Complaint.

3.     Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of an August 13, 2008 Letter from Marco Villiger, FIFA Director of Legal Affairs, and Maja Kuster Hoffmann, FIFA Deputy Head of Players' Status, to ChampionsWorld.  This letter was filed in the U.S. District Court for the Northern District of Illinois in *ChampionsWorld L.L.C. v. United States Soccer Federation, Inc. et al.*, No. 1:06-cv-05724 (Dkt. No. 90) on August 14, 2008.  This letter is incorporated by reference in the Complaint at paragraph 111 & n.66.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the Court of Arbitration

for Sport's award in *Stillitano v. USSF & FIFA*, CAS 2010/A/2241 (July 12, 2011).  This decision

was filed in the U.S. District Court for the Northern District of Illinois in *ChampionsWorld L.L.C.*

*v. United States Soccer Federation, Inc. et al.*, No. 1:06-cv-05724 (Dkt. No. 327-2) on September

23, 2011.  This document is incorporated by reference in the Complaint at paragraph 114 & n.68.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the Bylaws of the United

States Soccer Federation, Inc.  (As Revised and Amended, Effective May 1, 2019).  These Bylaws

are incorporated by reference in the Complaint at paragraphs 76 & n.32, 78 & n.36.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the Amended Verified

Petition filed by Relevent in the New York state court action *Relevent Sports, LLC v. United States*

*Soccer Federation, Inc., et al*, No. 154104/2019 (Dkt. No. 20) on April 23, 2019.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the Memorandum of Law

in Support of Respondents' Cross-Motion to Compel Arbitration Pursuant to CPLR § 7503(a) and

Dismiss the Amended Verified Petition of Relevent Sports, LLC Pursuant to CPLR §§ 3211(a)(1),

(a)(7), and 7804(f) filed by USSF in the New York state court action *Relevent Sports, LLC v.*

*United States Soccer Federation, Inc., et al*, No. 154104/2019 (Dkt. No. 48) on May 17, 2019.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the Memorandum of Law

in Further Support of Motion for Voluntary Discontinuance and in Opposition to Respondents'

Cross-Motion for Dismissal with Prejudice and for Costs, Fees, and Sanctions filed by Relevent

in the New York state court action *Relevent Sports, LLC v. United States Soccer Federation, Inc.,*

*et al*, No. 154104/2019 (Dkt. No. 74) on September 26, 2019.

9.      Attached hereto as **Exhibit G** is a true and correct copy of the Players' Status

Committee's decision in *USSF v. Stillitano* (Nov. 21, 2008). This decision was filed in the U.S.

District Court for the Northern District of Illinois in *ChampionsWorld L.L.C. v. United States Soccer Federation, Inc. et al.*, No. 1:06-cv-05724 (Dkt. No. 327-2) on September 23, 2011.

  I declare under penalty of perjury that the foregoing is true and correct.  Executed on the 13th day of December 2019 at New York, New York.


By:   s/Jeffrey L. Kessler
     Jeffrey L. Kessler
     WINSTON & STRAWN LLP
     200 Park Avenue
     New York, NY 10166
     Tel: (212) 294-6700
     Fax: (212) 294-4700
     jkessler@winston.com

     *Counsel for Plaintiff*
     *Relevent Sports, LLC*