**Russel F. Sauer**
Direct Dial: +1.213.891.8244
russell.sauer@lw.com

355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

December 27, 2019

**VIA ECF**

The Honorable Valerie E. Caprioni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:   *Relevent Sports, LLC v. United States Soccer Federation, Inc.*, Case No. 1:19-cv-08359 (VEC)—Withdrawal of Russell F. Sauer

Dear Judge Brodie:

I respectfully request permission to withdraw as counsel for Defendant United States Soccer Federation, Inc. ("U.S. Soccer") in the above-referenced case. I represent U.S. Soccer in this matter with Christopher S. Yates and Lawrence E. Buterman, my colleagues at Latham & Watkins LLP. As of December 31, 2019, I will be retiring from Latham & Watkins LLP.

Latham & Watkins LLP will continue to represent U.S. Soccer in this case. Thus, my withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for U.S. Soccer and that the Court's docket be amended to reflect my withdrawal as counsel.

Respectfully submitted,

/s/ Russell F. Sauer
Russell F. Sauer
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via CM/ECF)