UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RELEVENT SPORTS, LLC,

                              Plaintiff,

   -against-

UNITED STATES SOCCER FEDERATION, INC.,

                             Defendant.

No. 19-cv-08359 (VEC) (BCM)

**DECLARATION OF LAWRENCE E. BUTERMAN IN SUPPORT OF DEFENDANT UNITED STATES SOCCER FEDERATION, INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION OR IN THE ALTERNATIVE TO DISMISS THE COMPLAINT**

I, Lawrence E. Buterman, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of Latham & Watkins LLP, 885 Third Avenue, New York, New York, 10022, (202) 906-1200, and counsel to Defendant United States Soccer Federation, Inc. ("U.S. Soccer") in this action.

2. As a member in good standing in this Court and in the Bar of the state of New York, I submit this Declaration in support of U.S. Soccer's Reply Memorandum of Law in Support of its Motion to Compel Arbitration or in the Alternative to Dismiss the Complaint.

3. Attached hereto as **Exhibit 12** is a true and correct copy of the November 2000 FIFA Statutes (excerpted).

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 3, 2020
New York, New York

/s/ Lawrence E. Buterman
Lawrence E. Buterman

1