# EXHIBIT 12



# Statutes

## Regulations Governing the Application of the Statutes
## Standing Orders of the Congress

## Index

|  | page |
|---|---|
| Statutes | 3 |
| Regulations Governing the Application of the Statutes | 33 |
| Standing Orders of the Congress | 43 |

This text was approved by the 2000 FIFA Congress in Zurich and shall apply as from 5 November 2000.

## FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION

President: Joseph S. Blatter
General Secretary: Michel Zen-Ruffinen
Address: FIFA House,
Hitzigweg 11, 8030 Zurich, Switzerland
Telephone: 41-1/384 95 95
Telefax: 41-1/384 96 96
Internet: www.fifa.com

# STATUTES OF FIFA

## Interpretation clause

In interpreting these Statutes and regulations the words:

[1] "FIFA" or "Federation" means "Fédération Internationale de Football Association". — Federation

[2] "An association" or "the associations" refer to the national associations, except where the context denotes a different meaning. — Association

[3] "League" means an internal organisation subordinated to a national association. — League

[4] "British associations" refer to the four associations of the United Kingdom, i.e. The Football Association, The Scottish Football association, The Football Association of Wales, and the Irish Football Association (Northern Ireland). — British associations

[5] "International Board" or "the Board" refers to the International Football Association Board. — International F.A. Board

[6] "Confederation" is a group of national associations affiliated to FIFA and belonging to the same continent (or assimilable geographic entity). — Confederation

[7] The "Executive Committee" means the Executive Committee of FIFA as constituted in accordance with these Statutes. — Executive Committee

[8] "Member" means a national association which is in membership with FIFA or a person who is a member of a committee of FIFA. — Member

[9] "Officials" mean all board members, coaches, trainers and people responsible for technical, medical and administrative matters in a confederation, national association, league or club. — Officials

[10] The term "association football" refers to the game specifically controlled by the Federation and as regulated by the Laws of the Game. — Association football

ticular, settle the rights and obligations arising from the international use and broadcasting of televised pictures among the owners of the rights and other national associations.

## VIII. Official languages

### Art. 54

Official languages

[1] The official languages of the Federation are English, French, Spanish and German. English is the standard language for the minutes, official correspondence and communications.

[2] Each national association shall be responsible for its own translation.

The Congress

[3] English, French, Spanish, German, Russian, Arabic and Portuguese are the official languages of the Congress. Translations shall be made by interpreters officially accredited by the Executive Committee. Delegates may address the Congress in their own language, provided they arrange for their speeches to be translated into one of the seven aforementioned languages.

[4] The Congress may dispense with any one of these seven languages providing none of the delegates objects.

Official decisions and statements

[5] Official decisions of the Congress or the Executive Committee and communications from the general secretariat shall be issued in each of the four official languages.

Authoritative text

[6] In the case of any divergence in the interpretation of the French, Spanish or German translation of the Federation's Statutes, regulations, decisions or communications, the English text shall be regarded as authoritative.

## IX. International competitions

### Art. 55

Organisation of international competitions

[1] The organisation of international competitions among teams representing national associations must be approved by the Executive Committee of the Federation.

[2] The organisation of such competitions, the rules of which must be approved by the Federation, may be left to or delegated to the confederations. These rules must contain provisions regarding disciplinary action and the levy due to the Federation in accordance with Art. 48 of these Statutes.

[3] International competitions among club teams and/or teams representing leagues must be approved by the Executive Committee of the Federation, which may leave or delegate its responsibilities to the confederations. The latter shall be responsible for ensuring that such competitions do not conflict with national competitions of affiliated associations.

[4] The authorisation of the Executive Committee of the Federation is necessary for matches between representative teams of confederations (such as selected teams, champion teams) and representative teams or club teams of another confederation. Such matches may not assume the status of a competition or championship without special permission from the Executive Committee of the Federation.

[5] International matches organised between representative teams of national associations must be notified to the secretariat of the Federation, once the date has been fixed.

### Art. 56

[1] The venue of the final round of competitions organised by the Federation shall be designated by the Executive Committee so that the contests shall not be staged on the same continent on two successive occasions. Furthermore, the national associations selected must be in a position to guarantee that the competition will be organised in accordance with the sports rules and financial regulations governing it.

[2] The regulations for the FIFA World Cup competitions must provide for a certain amount of the entire gross receipts to be reserved for development purposes. They shall regulate the method of payment and allocation.

*Final rounds of the Federation's competitions*

### Art. 57

[1] Affiliated associations and their clubs shall not be permitted to play matches or entertain other sports contacts with associations which are not affiliated to FIFA or with clubs belonging to them, without the Federation's consent.

[2] Affiliated national associations and their clubs shall not be permitted to play matches against teams consisting of players who do not belong to a club or league affiliated to a national association.

[3] National associations shall not be allowed to form groups without special permission from the Federation.

[4] Members of the Federation may not play matches on the territory of another national association without the consent of the latter.

*Prohibited contacts*

### Art. 58

[1] Associations, leagues or clubs established within the territory of a national association affiliated to the Federation shall not be permitted to become members of another national association without the approval of the Federation and the national association in whose territory they were founded.

[2] Associations, leagues or clubs established within a territory or country where there is no association affiliated to the Federation shall not be permitted to become members of a national association in another country without the consent of the Federation.

[3] A club domiciled on the territory of any one association shall not be permitted to play in competitions on the territory of another association on a regular basis. Exceptions to this ruling may be made by the Federation only if extraordinary circumstances (e.g. a transborder geographic region) justify such an exception and only if the two associations concerned have given their consent.

*Unauthorised membership prohibited*