

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**JEFFREY L. KESSLER**
Partner
(212) 294-4698

April 23, 2020

**VIA ECF**
Hon. Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    *Relevent Sports, LLC v. United States Soccer Federation, Inc.*,
                No. 19-cv-8359(VEC)

Dear Judge Caproni:

      Plaintiff Relevent Sports, LLC ("Relevent") writes to provide clarification that it is willing and able to participate in oral argument on the currently-pending Motion to Compel Arbitration or in the Alternative to Dismiss the Complaint[1] by telephone or video conference.[2]  Relevent provides this clarification in light of Chief Judge McMahon's Order that the Court "may continue to hold hearings . . . in the exercise of [its] discretion" but is "strongly encouraged" to do so "by telephone or video conferencing where practicable."[3]  Proceeding in this manner will ensure that the health and safety of the Court, all Court personnel, the parties, and their counsel remains of paramount importance, while also affording the parties an appropriate and fair opportunity to argue the merits of their respective positions without delay (particularly since the Court has stayed all discovery pending the resolution of this Motion).  Additionally, because the Court's ruling will turn on its interpretation of the law as applied to the Complaint allegations, the pending Motion is well-suited for remote argument.

                                                            Respectfully submitted,

                                                            Jeffrey L. Kessler

cc:     All Counsel of Record (via ECF)

---

[1] ECF Nos. 33, 35, 39.

[2] Relevent's preference is to proceed by video conference.

[3] Standing Order at ¶¶ 4, 8-9, *In re: Coronavirus/COVID-19 Pandemic*, No. 1:20-mc-00196-CM (Apr. 20, 2020).