```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  RELEVENT SPORTS, LLC,                          :

                                 Plaintiff,   :

        -against-                    :     19-CV-8359 (VEC)

                                           :     <u>ORDER</u>
  UNITED STATES SOCCER FEDERATION,   :
  INC.,                                              :

                              Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 8, 2019, Defendant moved to compel arbitration or in the alternative to dismiss Plaintiff's complaint (Dkt 32);

      IT IS HEREBY ORDERED THAT:  No later than **June 1, 2020**, the parties are ordered to submit supplemental briefs focusing on (i) whether the Court has personal jurisdiction over FIFA so as to order its joinder under Rule 19, and (ii) whether FIFA constitutes an indispensable party under Rule 19(b).  The briefs must be limited to ten pages.  If Plaintiff believes there are additional facts concerning FIFA's connection to the United States that are pertinent to the question of whether this Court would have personal jurisdiction over it, it should indicate in its brief whether it would like to amend its complaint to add those jurisdictional facts.

**SO ORDERED.**

                                                                    _____

**Date:  May 21, 2020**                                   **VALERIE CAPRONI**
      **New York, New York**                     **United States District Judge**