UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELEVENT SPORTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>Defendant. | Case No. 1:19-cv-08359-VEC<br><br>**NOTICE OF MOTION FOR ADMISSION OF ERIC M. MEIRING** *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Eric M. Meiring hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for plaintiff Relevent Sports, LLC in the above-captioned action.

I am a member in good standing of the bars of the State of Ohio and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or re-admission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 1, 2020
Washington, D.C.

Respectfully submitted,

WINSTON & STRAWN LLP

BY: */s/ Eric Meiring*
Eric M. Meiring
1901 L Street NW
Washington, D.C. 20036
Phone: 202-282-5000
Fax:   202-282-5100
Emeiring@winston.com

*Counsel for Plaintiff Relevent Sports, LLC*

1

## AFFIRMATION OF SERVICE

I, Eric Meiring, declare under penalty of perjury that a true and correct copy of the foregoing Motion for Admission of Eric M. Meiring *Pro Hac Vice*, was filed by means of the U.S. District Court for the Southern District of New York's Case Management/Electronic Case Filing (CM/ECF) and served on all parties via ECF on September 1, 2020.

Dated: September 1, 2020

                                          BY: */s/ Eric Meiring*
                                                           Eric M. Meiring