November 5, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

**Re: *Relevent Sports, LLC v. Fédération Internationale de Football Association and United States Soccer Federation, Inc.*, No. 19-cv-08359 (VEC)**

Dear Judge Caproni:

Pursuant to the Court's Order (ECF No. 47), Relevent Sports, LLC ("Relevent") and the United States Soccer Federation, Inc.[1] submit this status update regarding Relevent's tort claim.

In the interest of efficiency, Relevent continues to assess whether and when to pursue its tort claim in FIFA arbitration and has not yet commenced a proceeding. The parties will submit another status update in accordance with the Court's Order on February 1.

[1] Because Defendant Fédération Internationale de Football Association ("FIFA") has not yet appeared in this action, it has not participated in this submission.

Respectfully submitted,

s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
Jonathan J. Amoona
Angela A. Smedley
Adam I. Dale
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
jamoona@winston.com
asmedley@winston.com
aidale@winston.com

Eric Meiring (*pro hac vice*)
1700 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 282-5722
Fax: (202) 282-5100
emeiring@winston.com

*Counsel for Relevent Sports, LLC*

s/ *Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
lawrence.buterman@lw.com

Christopher S. Yates
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com

*Attorneys for Defendant United States Soccer Federation*

**CERTIFICATE OF SERVICE**

I, Jeffrey L. Kessler, hereby certify that, on November 5, 2020, the foregoing Status Update Letter was served upon Defendant, Fédération Internationale de Football Association ("FIFA") at FIFA-Strasse 20, 8044 Zurich, Switzerland by international courier (DHL Worldwide Express).

Dated: November 5, 2020
New York, New York

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler