IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELEVENT SPORTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION and UNITED STATES SOCCER FEDERATION, INC., <br><br> Defendants. | No. 1:19-cv-8359 (VEC) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Fédération Internationale de Football Association in the above-captioned action.

Dated: New York, New York
November 12, 2020

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ H. Christopher Boehning*
H. Christopher Boehning

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
cboehning@paulweiss.com

*Counsel for Defendant FIFA*