IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELEVENT SPORTS, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION and UNITED STATES SOCCER FEDERATION, INC.,<br><br>                Defendants. | No. 1:19-cv-8359 (VEC) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Fédération Internationale de Football Association in the above-captioned action.

Dated: New York, New York
       November 12, 2020

                                  PAUL, WEISS, RIFKIND, WHARTON &
                                    GARRISON LLP

                                  By:      */s/ Andrew C. Finch*
                                               Andrew C. Finch

                                  1285 Avenue of the Americas
                                  New York, New York 10019-6064
                                  Tel.: (212) 373-3000
                                  Fax: (212) 757-3990
                                  afinch@paulweiss.com

                                  *Counsel for Defendant FIFA*