IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELEVENT SPORTS, LLC,<br><br>                 Plaintiff,<br><br>     v.<br><br>FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION and UNITED STATES SOCCER FEDERATION, INC.,<br><br>                 Defendants. | No. 1:19-cv-8359 (VEC) |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Fédération Internationale de Football Association in the above-captioned action.

Dated: New York, New York
        November 12, 2020

                                      PAUL, WEISS, RIFKIND, WHARTON &
                                        GARRISON LLP

                                        By:       */s/ Justin D. Ward*
                                                       Justin D. Ward

                                        1285 Avenue of the Americas
                                        New York, New York 10019-6064
                                        Tel.:  (212) 373-3000
                                        Fax:  (212) 757-3990
                                        jward@paulweiss.com

                                        *Counsel for Defendant FIFA*