IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELEVENT SPORTS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION and UNITED STATES SOCCER FEDERATION, INC.,<br><br>　　　　　　Defendants. | No. 1:19-cv-8359 (VEC)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF FIFA'S MOTION TO DISMISS
COUNT I OF THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, Declaration of H. Christopher Boehning with annexed Exhibits A through J, Declaration of Emilio Garcia Silvero, and all other pleadings and papers in this matter, Defendant Fédération Internationale de Football Association ("FIFA") will move this Court, before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order dismissing the claims asserted against FIFA in Count I of in Plaintiff's Amended Complaint dated September 14, 2020, ECF No. 57, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other relief as the Court may deem just and proper. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: New York, New York
December 7, 2020

                          PAUL, WEISS, RIFKIND,
                            WHARTON & GARRISON LLP

                          */s/ H. Christopher Boehning*
                          H. Christopher Boehning
                          Andrew C. Finch
                          Daniel A. Crane
                          Justin D. Ward
                          1285 Avenue of the Americas
                          New York, New York  10019-6064
                          Tel:  (212) 373-3000
                          Fax:   (212) 757-3990
                          Email: cboehning@paulweiss.com
                                        afinch@paulweiss.com
                                        dcrane@paulweiss.com
                                        jward@paulweiss.com

                          *Attorneys for Defendant FIFA*