# Exhibit E



# SCHEDULE

Menu

# MLS releases 2018 regular-season schedule

January 4, 2018  2:00PM EST

MLSsoccer staff
Follow @mls

   

2018 MLS Schedule Reveal Show | LIVE



The 2018 MLS schedule has arrived!

With Los Angeles Football Club finally stepping on the field – and set to first Battle for Los Angeles on March 31 at StubHub Center (3 p.m. ET | FOX) – Major League Soccer has bumped up to 23 teams for a regular season that opens March 3 and builds toward Decision Day on Sunday, October 28.

The Audi 2018 MLS Cup Playoffs will begin Wednesday, October 31 and run through MLS Cup Saturday, December 8.

## Schedule by Club

- Atlanta United FC
- Chicago Fire
- Colorado Rapids
- Columbus Crew SC
- D.C. United
- FC Dallas
- Houston Dynamo
- Los Angeles Football Club
- LA Galaxy
- Minnesota United FC
- Montreal Impact
- New England Revolution

- New York City FC
- New York Red Bulls
- Orlando City SC
- Philadelphia Union
- Portland Timbers
- Real Salt Lake
- San Jose Earthquakes
- Seattle Sounders
- Sporting Kansas City
- Toronto FC

- Vancouver Whitecaps FC

**STAY CONNECTED:** Download our FREE mobile app or sync the schedule to your calendar for match reminders or schedule updates.

# Format

- Each club will play 34 games, including 17 home games and 17 away games.
- Teams will face each of their conference opponents (10 in the East, 11 in the West) twice during the season (1 home, 1 away).
- Western Conference teams will play one additional intra-conference game; Eastern Conference teams will play two.
- All teams will face each non-conference opponent once.

# Opening Weekend: March 3 & 4

- Saturday: Toronto faces Eastern Conference Championship opponent Columbus Crew SC (1 p.m. ET | TSN) along with upstart Houston Dynamo challenging Atlanta United (3:30 p.m. ET | Univision).
- Sunday's slate includes:
    - Seattle hosting LAFC (5 p.m. ET | ESPN)
    - An FS1 double-header of Sporting Kansas City-New York City FC (7:30 p.m. ET) and then LA Galaxy-Portland Timbers (10 p.m. ET)
    - Vancouver Whitecaps FC hosting their cross-Canadian rivals, the Montreal Impact (6 p.m. ET | TSN, TVAS).

# MLS Cup Rematch

- If you're amped for a taste of Toronto-Seattle after two straight tightly contested MLS Cup finals, the regular-season rematch comes May 9 at BMO Field (7:30 p.m. ET | FS1, TSN).

# Stadium Openers

- The first of two new MLS stadiums to open in 2018 will be LAFC's Banc of California Stadium. The expansion club will play its first home game against the Seattle Sounders on April 29, a nationally-televised contest on FS1, starting at 9 p.m. ET.
- D.C. United will follow suit when they open Audi Field against the Vancouver Whitecaps on July 14 (7:30 pm ET; MLS LIVE).

# World Cup 2018 Break

- The summer brings a nine-day World Cup break (June 14-22), as more than two dozen MLS players represent their squads in Russia.

- In the final weeks of the tournament, five MLS games air on FOX after World Cup matches. Atlanta-Seattle will follow the World Cup final on July 15 (2 p.m. ET).

## All-Star in the ATL

- Atlanta's Mercedes-Benz Stadium hosts the 2018 MLS All-Star Game presented by Target (ESPN, UniMás, TSN, TVAS) on August 1.
- The opponent will be announced in the near future.

## Ready for Heineken Rivalry Week?

- From August 22-26, you'll get national broadcasts of ...
    - NYCFC vs. New York Red Bulls (Aug. 22; 7 p.m. ET | FS1)
    - Houston Dynamo vs. FC Dallas (Aug. 23; 9 p.m. ET | UniMás)
    - Orlando City SC vs. Atlanta United FC (Aug. 24 | 8 p.m. ET | ESPN)
    - LA Galaxy vs. LAFC (Aug. 24; 10:30 p.m. ET | ESPN)
    - Toronto FC vs. Montreal Impact (Aug. 25; 8 p.m. ET | TSN, TVAS)
    - New York Red Bulls vs. D.C. United (Aug. 26; 7 p.m. ET | FS1)
    - Portland Timbers vs. Seattle Sounders FC (Aug. 26; 9:30 p.m. ET | FS1)

## Decision Day presented by AT&T: October 28

- 11 matches that all kick off at 4:30 p.m. ET
- FS1 and MLSsoccer.com will have special coverage

## National TV in USA & Canada

- **FS1** has a 34-game slate, primarily on Sundays, including both NYCFC-RBNY games at Yankee Stadium (July 8, Aug. 22). All are simulcast in Spanish on FOX Deportes and available on FOX Sports GO.
- **ESPN** added four matches, tallying 28 total, including 5 in 10 days between July 26 and August 5. They will carry two LAFC-LA Galaxy matchups (July 26, Aug. 24) and a pair of Atlanta-Orlando games (June 30, Aug. 24). Three matches will air on ESPN2. All will be simulcast in Spanish on ESPN Deportes and available on WatchESPN.
- **Univision** lays claim to Saturday afternoon, with 14 matchups on their flagship network. An additional 11 games slated for **UniMás** include the annual Cali Clasico at Stanford Stadium between the San Jose Earthquakes and LA Galaxy (June 30), and a Texas Derby showdown between Houston Dynamo and FC Dallas (Aug. 23).
- **TSN** will carry a Friday night Game of the Week from late March until early June, featuring at least one Canadian team. Coverage continues primarily on Saturday from there. All TSN broadcasts are available on TSN GO.
- **CTV** will air nine Saturday afternoon games featuring Canadian teams from mid-March until mid-May.
- **TVA Sports** returns as the French-language network partner to cover all Montreal Impact games. TVA broadcasts are also available on the TVA Sports app.

CONTACT

STAY CONNECTED

ABOUT

SOCIAL RESPONSIBILITY

MEDIA RESOURCES

SHOP

COMPETITIONS

EASTERN CONFERENCE

WESTERN CONFERENCE

EXPANSION

LEAGUE LEADERS

Privacy Policy   Terms of Service   Do Not Sell My Personal Information

© 2020 MLS. All Major League Soccer trademarks and copyrights used by permission. All rights reserved.