# Exhibit F



# SCHEDULE

Menu



# MLS releases 2019 regular-season schedule

January 7, 2019  3:55PM EST

MLSsoccer staff
Follow @mls

   



The full 2019 schedule for Major League Soccer is here.

Matches begin on March 2 and run all the way through Decision Day on Oct. 6, followed by the start of the Audi 2019 MLS Cup Playoffs on Oct. 19, with 2019 MLS Cup kicking off on Nov. 10.

FC Cincinnati becomes the league's 24th team, facing the Seattle Sounders on March 2 (10 pm ET | FS1) to begin their new era. See all 34 games for your favorite club by following the links below.

## Schedule by Club

- Atlanta United FC
- Chicago Fire
- FC Cincinnati
- Colorado Rapids
- Columbus Crew SC
- D.C. United
- FC Dallas
- Houston Dynamo
- Los Angeles Football Club
- LA Galaxy
- Minnesota United FC
- Montreal Impact

- New England Revolution
- New York City FC
- New York Red Bulls
- Orlando City SC
- Philadelphia Union
- Portland Timbers
- Real Salt Lake
- San Jose Earthquakes



- Toronto FC
- Vancouver Whitecaps FC

**STAY CONNECTED:** Download our FREE mobile app or sync the schedule to your calendar for match reminders or schedule updates.

# Format

- Each club will play 34 games, including 17 home games and 17 away games.
- Teams will face each of their conference opponents twice during the season and non-conference opponents once.

# Opening Weekend: March 2 & 3

- Saturday: FC Cincinnati play their inaugural MLS match on March 2 against the Seattle Sounders (10 pm ET | FS1) as part of a slate that features 10 matches.
- Sunday's doubleheader:
    - D.C. United welcome Atlanta United (6 pm ET | ESPN)
    - LAFC host Sporting Kansas City (8 pm ET | ESPN)

# Stadium Openers

- FC Cincinnati will play their first MLS regular season home match at Nippert Stadium on March 17 when they face the Portland Timbers (5 pm | FS1).
- Minnesota United's Allianz Field opens its doors on April 13 against NYCFC (5 pm ET | ESPN2).
- Portland Timbers' Providence Park, undergoing renovations, will re-open on June 1 against LAFC (10:30 pm ET | ESPN2).

# MLS Cup Rematch

- If you're amped for a taste of Atlanta-Portland after 2018's MLS Cup final, the regular-season rematch comes Aug 18 at Providence Park (10 pm ET | FS1).

# 2019 Concacaf Gold Cup Break

- MLS will break from June 14-21 during the opening week of the 2019 Concacaf Gold Cup.

# 2019 All-Star Game in Orlando



## Ready for Heineken Rivalry Week?

- From August 21-25, you'll get national broadcasts of the following matches (in USA):
    - D.C. United vs. New York Red Bulls (Aug. 21; 8 pm ET | UniMas)
    - LAFC vs. San Jose Earthquakes (Aug. 21; 10:30 pm ET | UniMas)
    - Sporting Kansas City vs. Minnesota United FC (Aug. 22; 9:30 pm ET | ESPN)
    - Orlando City SC vs. Atlanta United (Aug. 23; 8 pm ET | ESPN)
    - Portland Timbers vs. Seattle Sounders FC (Aug. 23; 10 pm ET | ESPN)
    - NYCFC vs. New York Red Bulls (Aug. 24; 7 pm ET | ESPN2)
    - FC Cincinnati vs. Columbus Crew SC (Aug. 25; 8 pm ET | FS1)
    - LAFC vs. LA Galaxy (Aug. 25; 10 pm ET | FS1)

## Decision Day presented by AT&T: October 6

- 12 matches that all kick off at 4 pm ET.
- ESPN and MLSsoccer.com will have special coverage.

## National TV in USA & Canada

- **FS1** has a 30-game slate, in addition to four matches on FOX. All are simulcast in Spanish on FOX Deportes and available on FOX Sports GO.
- **ESPN and ESPN2** will show 31 matches in total, including a combined 14 matches between July 12 and Aug. 24 as the push for the playoffs heats up.
- **Univision** has a total of 14 matches in 2019 and **UniMás** will have 13, including seven Friday night games. For the second consecutive season, all games on the Univision networks will be streamed on Twitter in English.
- In Canada, **CTV** and **TSN** will have regular coverage of games featuring Toronto FC and Vancouver Whitecaps FC, with CTV carrying eight games during the first two months of the season. **TVA Sports** broadcasts all of the Montreal Impact's games in French, including a run between April 6 – May 11 when the Impact play six consecutive weekend afternoon matches.
- MLS LIVE will be available on **ESPN +** in the U.S. and **DAZN** in Canada.

CONTACT

STAY CONNECTED

ABOUT

- MEDIA RESOURCES
- SHOP
- COMPETITIONS
- EASTERN CONFERENCE
- WESTERN CONFERENCE
- EXPANSION
- LEAGUE LEADERS

Privacy Policy   Terms of Service   Do Not Sell My Personal Information

© 2020 MLS. All Major League Soccer trademarks and copyrights used by permission. All rights reserved.