# Exhibit I



TRAVEL

# U.S. is No. 1 at World Cup (in visiting fans)

**Ben Abramson** USA TODAY

Published 11:45 p.m. ET Jun. 25, 2014 | **Updated 8:14 a.m. ET Jun. 26, 2014**

It should come as no surprise to TV viewers who've seen the raucous red, white and blue sections at stadiums, but the U.S. is leading the World Cup in one vital statistic: fans who are passionate enough to travel to Brazil.

Facebook analyzed check-ins by non Brazilians in World Cup stadiums to offer a selective look at the traveling fan base. U.S. visitors accounted for the most activity, followed by North American neighbors Mexico, then Colombia, Chile and Argentina. Europeans, some of who witnessed dispiriting first-round exits by their national teams, made up slots 6-9, with the U.K, Italy, Germany and France. Number 10 is Australia, whose fans traveled a long way to join the party.

Among U.S. visitors, the top cities of origin for traveling fans are New York, L.A., Miami, Houston and Chicago. Facebook also breaks down demographic information to reveal that 68% of traveling fans are male, and the most-represented age group is 25-34, with 39% of users.

The complete lists are below, and be sure and check out this cool visualization of Facebook fan data on our For the Win site.

## Who is visiting Brazil for the World Cup?

### Countries

1. USA

2. Mexico

3. Colombia

4. Chile

5. Argentina

6. UK

7. Italy

8. Germany

9. France

10. Australia

**Top 10 cities (world)**

1. Mexico City (Mexico)

2. Bogota (Colombia)

3. Santiago (Chile)

4. Buenos Aires (Argentina)

5. London (UK)

6. New York (US)

7. Paris (France)

8. Monterrey (Mexico)

9. Medellin (Colombia)

10. Sydney (Australia)

**Top 10 U.S. cities**

1. New York

2. Los Angeles

3. Miami

4. Houston

5. Chicago

6. San Francisco

7. San Diego

8. Washington

9. Atlanta

10. Orlando

## Ages of visitors

* 13-17: 7%

* 18-24: 30%

* 25-34: 39%

* 35-44: 17%

* 45-54: 6%

* 55+: 1%

*Data represents Facebook check-ins into the 12 World Cup cities by people who live outside of Brazil from June 2 through June 16.*