

North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

January 15, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Relevent Sports, LLC v. Fédération Internationale de Football Association and United States Soccer Federation, Inc.*, No. 1:19-cv-08359-VEC – Withdrawal of Eric M. Meiring

Dear Judge Caproni,

    I respectfully request permission for Eric M. Meiring to withdraw as counsel for Plaintiff Relevent Sports, LLC ("Relevent") in the above-referenced case. He represents Relevent in this matter with Jeffrey L. Kessler, Jonathan J. Amoona, Angela A. Smedley, and myself. Mr. Meiring left the employment of Winston & Strawn, LLP as of today.

    Winston & Strawn, LLP will continue to represent Relevent in this case. Thus, Mr. Meiring's withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve Mr. Meiring as counsel for Relevent and that the Court's docket be amended to reflect his withdrawal.

                                      Respectfully submitted,

                                      /s/ *Adam Dale*
                                      Adam Dale
                                      of Winston & Strawn, LLP

cc:    All Counsel of Record (via CM/ECF)
        Relevent Sports, LLC (via email)