May 3, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

> **Re:  *Relevent Sports, LLC v. Fédération Internationale de Football Association and United States Soccer Federation, Inc.*, No. 19-cv-08359 (VEC)**

Dear Judge Caproni:

Pursuant to the Court's Order (ECF No. 47), Relevent Sports, LLC ("Relevent"), and the United States Soccer Federation, Inc. ("USSF") submit this status update regarding Relevent's tort claim.

In the interest of efficiency, Relevent continues to assess whether and when to pursue its tort claim in FIFA arbitration and has not yet commenced a proceeding. The parties will submit another status update in accordance with the Court's Order on August 2.

|  |  |
|---|---|
| s/ *Jeffrey L. Kessler* | Respectfully submitted, |
|  | s/ *Lawrence E. Buterman* |
| Jeffrey L. Kessler | Lawrence E. Buterman |
| Jonathan J. Amoona | **LATHAM & WATKINS LLP** |
| Angela A. Smedley | 1271 Avenue of the Americas, |
| Adam I. Dale | New York, New York 10020 |
| **WINSTON & STRAWN LLP** | Tel: (212) 906-1200 |
| 200 Park Avenue | Fax: (212) 751-4864 |
| New York, New York 10166 | lawrence.buterman@lw.com |
| Tel: (212) 294-6700 |  |
| Fax: (212) 294-4700 | Christopher S. Yates |
| jkessler@winston.com | **LATHAM & WATKINS LLP** |
| jamoona@winston.com | 505 Montgomery Street |
| asmedley@winston.com | Suite 2000 |
| aidale@winston.com | San Francisco, CA 94111 |
|  | Tel: (415) 391-0600 |
|  | Fax: (415) 395-8095 |
| *Counsel for Relevent Sports, LLC* | chris.yates@lw.com |
|  | *Attorneys for Defendant United States Soccer Federation, Inc.* |

cc:   H. Christopher Boehning
      Andrew C. Finch
      Daniel A. Crane
      Justin D. Ward