```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
RELEVENT SPORTS, LLC,                         :
                                              :
                              Plaintiff,      :
                                              :
           -against-                          :    19-CV-8359 (VEC)
                                              :
                                              :    ORDER
                                              :
FÉDÉRATION INTERNATIONALE DE                  :
FOOTBALL ASSOCIATION and UNITED               :
STATES SOCCER FEDERATION, INC.,               :
                                              :
                              Defendants.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 7, 2020, Defendants moved to dismiss Plaintiff's Amended Complaint (Dkts. 65, 68);

IT IS HEREBY ORDERED THAT:

1. The parties must appear for oral argument on Defendants' motions on **June 10, 2021 at 10:30 a.m.**  The hearing will be held **in person** in Courtroom 443.  The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the Court's mask requirement.  Members of the public may attend the hearing by calling (888) 363-4749, using the access code 3121171 and the security code 8359.

2. The parties must be prepared to discuss, *inter alia* whether Plaintiff has alleged an unlawful horizontal and/or vertical agreement.

**SO ORDERED.**

Date:  May 21, 2021
       New York, New York

                                           _____
                                           **VALERIE CAPRONI**
                                           **United States District Judge**

Page 1 of 1