

North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**MEMO ENDORSED**

**JEFFREY L. KESSLER**
Partner & Co-Executive Chairman
(212) 294-4968
JKessler@winston.com

May 24, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021

      **Re:** *Relevent Sports, LLC v. Fédération Internationale de Football Association and United States Soccer Federation, Inc.*, **No. 19-cv-08359 (VEC)**

Dear Judge Caproni:

      I write as counsel for Plaintiff Relevent Sports, LLC ("Relevent"), pursuant to Rule 2(C) of Your Honor's Individual Practices in Civil Cases, to request an adjournment of the in-person oral argument scheduled by this Court for June 10, 2021 at 10:30am. *See* ECF No. 84. I am scheduled to be traveling in California the week of June 7, 2021 and would be unable to attend the proceeding.

      We have conferred with counsel for Defendants United States Soccer Federation and Fédération Internationale de Football Association, who consent to this request. We have also confirmed that all parties are available the following days during the week of June 14, 2021, should the Court be able to accommodate the argument on an alternative date:

- June 14, 2021
- June 15, 2021 (before 5pm)
- June 16, 2021
- June 18, 2021

      Neither party has previously requested an adjournment of this argument. We appreciate the Court's consideration of this request.



May 24, 2021
Page 2

    Respectfully submitted,

    /s/ *Jeffrey L. Kessler*
    Jeffrey L. Kessler
    WINSTON & STRAWN LLP
    200 Park Avenue
    New York, NY 10166
    (212) 294-6700
    JKessler@winston.com

    *Counsel for Relevent Sports, LLC*

cc:    Counsel for All Parties (via ECF)

---

Application GRANTED. Oral argument is adjourned to **June 15, 2021 at 2:00 p.m.** The hearing will take place in person in Courtroom 443.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
    5/25/2021