

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

North America  Europe  Asia

July 23, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

      Re:  *Relevent Sports, LLC v. Fédération Internationale de Football Association and United States Soccer Federation, Inc.*, **No. 19-cv-08359 (VEC)**

Dear Judge Caproni:

      We write on behalf of Plaintiff Relevent Sports, LLC ("Relevent") in accordance with Your Honor's Opinion and Order dated July 20, 2021.  ECF No. 96.  Relevent does not intend to pursue its tort claim in arbitration.  Accordingly, Relevent respectfully requests that the Court enter final judgment in the above-captioned matter at its earliest convenience.

      Respectfully submitted,

      **WINSTON & STRAWN LLP**

      */s/ Jeffrey L. Kessler*
      Jeffrey L. Kessler
      Jonathan J. Amoona
      Angela A. Smedley
      Adam I. Dale
      200 Park Avenue
      New York, New York 10166
      Tel: (212) 294-6700
      jkessler@winston.com
      jamoona@winston.com
      asmedley@winston.com
      aidale@winston.com

      *Counsel for Relevent Sports, LLC*

cc:    All Counsel of Record (via ECF)