USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RELEVENT SPORTS, LLC,

                              Plaintiff,

        -against-                               19-CV-8359 (VEC)

                                                        ORDER

FÉDÉRATION INTERNATIONALE DE
FOOTBALL ASSOCIATION and UNITED
STATES SOCCER FEDERATION, INC.,

                              Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 20, 2021, the Court granted Defendants' motions to dismiss Plaintiff's antitrust claim and directed Plaintiff to submit a letter indicating whether it intends to pursue its remaining tort claim (Dkt. 96);

       WHEREAS on July 23, 2021, Plaintiff informed the Court that it does not intend to pursue its tort claim in arbitration (Dkt. 97);

       IT IS HEREBY ORDERED THAT:  This case is DISMISSED.

**SO ORDERED.**

Date:  July 23, 2021
         New York, New York

                                                             **VALERIE CAPRONI**
                                                             **United States District Judge**