UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RELEVENT SPORTS, LLC,

                                    Plaintiff,

                        -against-

FÉDÉRATION INTERNATIONALE DE
FOOTBALL ASSOCIATION and UNITED
STATES SOCCER FEDERATION, INC.,

                                    Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2021

19 **CIVIL** 8359 (VEC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated July 20, 2021, and the Court's Order dated July 23,

2021, Defendants' motions to dismiss Plaintiff's antitrust claim are GRANTED; accordingly, the

case is closed.

**Dated:**  New York, New York

          July 28, 2021

                                              **RUBY J. KRAJICK**

                                              _____
                                              **Clerk of Court**
                        BY:
                                              _____
                                              **Deputy Clerk**