# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELEVENT SPORTS, LLC,<br><br>      Plaintiff,<br><br>     v.<br><br>FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION and UNITED STATES SOCCER FEDERATION, INC.,<br><br>      Defendants. | Case No. 1:19-cv-08359-VEC<br><br>**NOTICE OF APPEAL** |

TO: The Clerk of the Court and All Parties and Counsel of Record:

Notice is hereby given that Relevent Sports, LLC, Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on July 28, 2021.

Dated: August 26, 2021

                  Respectfully submitted,

                  **WINSTON & STRAWN LLP**

                  */s/ Jeffrey L. Kessler*
                  Jeffrey L. Kessler
                  Jonathan J. Amoona
                  Angela A. Smedley
                  Adam I. Dale
                  200 Park Avenue
                  New York, New York 10166
                  Tel: (212) 294-6700
                  jkessler@winston.com
                  jamoona@winston.com
                  asmedley@winston.com
                  aidale@winston.com

                  *Counsel for Relevent Sports, LLC*