USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RELEVENT SPORTS, LLC,

                          Plaintiff,

       -against-                      19-CV-8359 (VEC)

                                          ORDER
FÉDÉRATION INTERNATIONALE DE
FOOTBALL ASSOCIATION and UNITED
STATES SOCCER FEDERATION, INC.,

                      Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 20, 2021, this Court granted Defendants' motion to dismiss, *see* Dkts. 96, 98;

WHEREAS on March 7, 2023, the United States Court of Appeals for the Second Circuit vacated the judgment of this Court and remanded for further proceedings, *see* Dkt. 101; and

WHEREAS on May 18, 2023, the Second Circuit transmitted the Mandate to this Court, Dkt. 104.

IT IS HEREBY ORDERED that the parties must meet and confer and, by no later than **June 2, 2023**, submit a joint letter to the Court proposing next steps.

**SO ORDERED.**

Date: May 22, 2023
      New York, New York

                                                   **VALERIE CAPRONI**
                                                  **United States District Judge**