PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3061

WRITER'S DIRECT FACSIMILE
(212) 492-0061

WRITER'S DIRECT E-MAIL ADDRESS
cboehning@paulweiss.com

**MEMO ENDORSED**

June 21, 2023

**By ECF**

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2023

*Relevent Sports, LLC* v. *FIFA et al.*, No. 19-cv-8359 (VEC)

Dear Judge Caproni:

      We represent Defendant FIFA in the above-referenced matter. Pursuant to Rule 2.C of Your Honor's Individual Practices in Civil Cases, we write on behalf of all parties to respectfully request an adjournment of the status conference currently scheduled in this case for Monday, July 10, 2023, at 11:00 a.m. (Dkt. No. 107.) Counsel for all parties have scheduling conflicts on that date and would not be able to attend.

      We have conferred with counsel for Defendant United States Soccer Federation, Inc., and Plaintiff Relevent Sports, LLC, and all parties are available on the following dates at a time convenient to the Court:

- July 17, 2023
- July 20, 2023
- July 31, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Valerie E. Caproni						2

        This is the parties' first request for an adjournment of this conference. We are grateful for the Court's consideration of this request.

Respectfully submitted,

*/s/ H. Christopher Boehning*

H. Christopher Boehning

cc:    All Counsel of Record (via ECF)

---

Application GRANTED. The status conference scheduled for July 10, 2023, is hereby ADJOURNED to **Thursday, July 20, 2023 at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*/s/ Valerie Caproni*      Date: 6/22/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE