USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

RELEVENT SPORTS, LLC,

                Plaintiff,

    -against-                         19-CV-8359 (VEC)

                                        ORDER

FÉDÉRATION INTERNATIONALE DE
FOOTBALL ASSOCIATION and UNITED
STATES SOCCER FEDERATION, INC.,

                Defendants.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 20, 2023, the parties appeared for a status conference, *see* Dkt. 109.

IT IS HEREBY ORDERED that the deadline to complete fact discovery is **September 30, 2024**; the expert discovery deadline is **March 31, 2025**.

IT IS FURTHER ORDERED that the parties must provide joint monthly discovery updates on the first of every month, or on the first business day thereafter, with the first report due no later than **October 1, 2023**.

IT IS FURTHER ORDERED that the parties must appear for a post-discovery conference on **October 4, 2024**, at 10:00 a.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties must submit a joint letter in advance of the conference by no later than **September 26, 2024**. The letter should include the following information in separate paragraphs:

    i. a statement of all existing deadlines, due dates, and/or cut-off dates;
   ii. a brief description of any outstanding motions;
  iii. a brief description of the status of discovery and of any additional discovery that needs to be completed;
  iv. a statement describing the status of any settlement discussions and whether the parties would like a settlement conference;

  v. a statement of the anticipated length of trial and whether the case is to be tried to a jury;

  vi. a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony;

  vii. any other issue that the parties would like to address at the pretrial conference; and

  viii. any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

  IT IS FURTHER ORDERED that Defendants' deadline to move, answer, or otherwise respond is **October 13, 2023**; if Defendants file a motion, Plaintiff's response is due no later than **November 10, 2023**; Defendants' reply, if any, shall be due **December 1, 2023**.

**SO ORDERED.**

**Date: July 20, 2023**
**New York, New York**

                _____
                **VALERIE CAPRONI**
                **United States District Judge**