October 2, 2023

<u>**VIA ECF**</u>
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 100007

      Re:    *Relevent Sports, LLC v. FIFA, et al.*, No. 19-cv-8359 (VEC)

Dear Judge Caproni:

In accordance with the Court's July 20, 2023 Order, ECF No. 110, the parties submit this joint status letter regarding the above-referenced litigation.

**Settlement Efforts**
The parties have been having productive settlement discussions and are hopeful that a settlement can be achieved, although there remain important issues to resolve. The parties look forward to continuing their settlement discussions with an aim of reaching a resolution by the end of October.

**Discovery**
*Protective Order*. The parties are negotiating a Protective Order and expect to have an agreed-upon proposed order in advance of any document exchanges.

*Initial Disclosures*. On August 21, Relevent served its Initial Disclosures on Defendants. FIFA and USSF are gathering information for and preparing their own initial disclosures.

*Document Discovery*. Relevent has served its First Set of Requests for Production on FIFA. FIFA's responses to those Requests are now due on November 8. Relevent and FIFA have discussed a streamlined mechanism for proceeding with document discovery in accordance with international laws if a settlement is not reached. Relevent is waiting to see if a settlement will soon be reached with USSF before proceeding with document discovery against it. FIFA is preparing its own Requests for Production to Relevent, which it expects to serve in November unless a resolution can be reached.

**Motion to Dismiss**
There is currently an October 13 deadline for Defendants to either answer the Amended Complaint or move to dismiss the case against them. In the interest maximizing the chances of reaching a settlement this month, the parties have agreed to extend the deadline to November 10. Simultaneously herewith, the parties are submitting a joint letter requesting an extension of Defendants' deadline to answer or respond to the Amended Complaint until November 10. If the parties are unable to reach a resolution through their ongoing settlement discussions, FIFA intends to move to dismiss. *See* June 2, 2023 Joint Letter addressed to Judge Valerie E. Caproni, at *4–5 (Dkt. No. 106).

\*     \*     \*

In accordance with the Court's Order, the parties will submit another joint status update on November 1.

Respectfully submitted,

| | |
|---|---|
| s/ *Jeffrey L. Kessler* | s/ *H. Christopher Boehning* |
| Jeffrey L. Kessler | H. Christopher Boehning |
| Jonathan J. Amoona | Andrew C. Finch |
| Angela A. Smedley | **PAUL, WEISS, RIFKIND, WHARTON &** |
| Adam I. Dale | **GARRISON LLP** |
| **WINSTON & STRAWN LLP** | 1285 Avenue of the Americas |
| 200 Park Avenue | New York, New York 10019 |
| New York, New York 10166 | Tel: (212) 373-3000 |
| Tel: (212) 294-6700 | Fax: (212) 757-3990 |
| Fax: (212) 294-4700 | cboehning@paulweiss.com |
| jkessler@winston.com | afinch@paulweiss.com |
| jamoona@winston.com | |
| asmedley@winston.com | *Counsel for Defendant FIFA* |
| aidale@winston.com | |
| | |
| *Counsel for Relevent Sports, LLC* | s/ *Christopher S. Yates* |
| | Christopher S. Yates (*pro hac vice*) |
| | **LATHAM & WATKINS LLP** |
| | 505 Montgomery Street |
| | Suite 2000 |
| | San Francisco, CA 94111 |
| | Tel: (415) 391-0600 |
| | Fax: (415) 395-8095 |
| | chris.yates@lw.com |
| | |
| | Lawrence E. Buterman |
| | **LATHAM & WATKINS LLP** |
| | 1271 Avenue of the Americas |
| | New York, New York 10020 |
| | Tel: (212) 906-1200 |
| | Fax: (212) 751-4864 |
| | lawrence.buterman@lw.com |
| | |
| | *Counsel for Defendant United States Soccer Federation* |