October 2, 2023

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 100007

      Re:    *Relevent Sports, LLC v. FIFA, et al.,* No. 19-cv-8359 (VEC)

Dear Judge Caproni:

Pursuant to Rule 2(C) of Your Honor's Individual Rules of Practice, the parties respectfully request an extension of Defendants' October 13 deadline to either answer the Amended Complaint or move to dismiss the case against them.  The parties' requested extension would run through and including November 10.  This is the parties' first joint request for an extension of this deadline.

The parties respectfully request this extension given the parties' productive settlement discussions to date and their aim of trying to reach an amicable resolution by the end of October.  The parties agree that the requested extension would allow them to focus on reaching a resolution, and may obviate any need for the filing of either an answer or motion to dismiss.

Should Your Honor require any additional information, please feel free to contact us.  We appreciate your consideration in this matter.

                        [signature page follows]

Respectfully Submitted,

| | |
|---|---|
| s/ *Jeffrey L. Kessler* | s/ *H. Christopher Boehning* |
| Jeffrey L. Kessler | H. Christopher Boehning |
| Jonathan J. Amoona | Andrew C. Finch |
| Angela A. Smedley | **PAUL, WEISS, RIFKIND, WHARTON &** |
| Adam I. Dale | **GARRISON LLP** |
| **WINSTON & STRAWN LLP** | 1285 Avenue of the Americas |
| 200 Park Avenue | New York, New York 10019 |
| New York, New York 10166 | Tel: (212) 373-3000 |
| Tel: (212) 294-6700 | Fax: (212) 757-3990 |
| Fax: (212) 294-4700 | cboehning@paulweiss.com |
| jkessler@winston.com | afinch@paulweiss.com |
| jamoona@winston.com | |
| asmedley@winston.com | *Counsel for Defendant FIFA* |
| aidale@winston.com | |

*Counsel for Relevent Sports, LLC*

s/ *Christopher S. Yates*
Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com

Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

*Counsel for Defendant United States Soccer Federation*