November 1, 2023

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 100007

    Re:    *Relevent Sports, LLC v. FIFA, et al.,* No. 19-cv-8359 (VEC)

Dear Judge Caproni:

In accordance with the Court's July 20, 2023 Order, ECF No. 110, the parties submit this joint status letter regarding the above-referenced litigation.

**Settlement Efforts**
Despite the parties' best efforts, they have not been able to arrive at an acceptable settlement structure. The parties have agreed to continue to keep an open dialogue on the matter.

**Motion to Dismiss**
Defendants' deadline to either answer the Amended Complaint or move to dismiss the case against them is November 10.

**Discovery**
Relevent served its Initial Disclosures on the parties and its First Requests for Production on FIFA on August 21. FIFA's Responses & Objections are due on November 8.

Relevent will serve its First Requests for Production on USSF in the coming days.

The Parties are near agreement on a Protective Order and expect to be in a position to submit it for Court approval in the coming days.

*   *   *

In accordance with the Court's Order, the parties will submit another joint status update on December 1.

Respectfully submitted,

<table>
<tr><td>

s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
Jonathan J. Amoona
Angela A. Smedley
Adam I. Dale
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
jamoona@winston.com
asmedley@winston.com
aidale@winston.com

*Counsel for Relevent Sports, LLC*

</td><td>

s/ *H. Christopher Boehning*
H. Christopher Boehning
Andrew C. Finch
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
cboehning@paulweiss.com
afinch@paulweiss.com

*Counsel for Defendant FIFA*

s/ *Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com

*Counsel for Defendant United States Soccer Federation*

</td></tr>
</table>