IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELEVENT SPORTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION and UNITED STATES SOCCER FEDERATION, INC.,<br><br>Defendants. | No. 1:19-cv-8359 (VEC)<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF FIFA'S RENEWED MOTION TO DISMISS
THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, Declaration of H. Christopher Boehning with annexed Exhibits A through L, Declaration of Emilio Garcia Silvero, Declaration of Sunil Gulati, Declaration of Don Garber, Declaration of Thomas King, and all other pleadings and papers in this matter, Defendant Fédération Internationale de Football Association ("FIFA") will move this Court, before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order dismissing the claims asserted against FIFA in Plaintiff's Amended Complaint dated September 14, 2020, ECF No. 57, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other relief as the Court may deem just and proper. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: New York, New York
December 11, 2023

                                      PAUL, WEISS, RIFKIND,
                                         WHARTON & GARRISON LLP

                                      */s/ H. Christopher Boehning*
H. Christopher Boehning
Andrew C. Finch
Daniel A. Crane
Robert J. O'Loughlin
Tiana Voegelin
1285 Avenue of the Americas
New York, New York  10019-6064
Tel:  (212) 373-3000
Fax:   (212) 757-3990
Email: cboehning@paulweiss.com
       afinch@paulweiss.com
       dcrane@paulweiss.com
       roloughlin@paulweiss.com
       tvoegelin@paulweiss.com

*Attorneys for Defendant FIFA*