UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELEVENT SPORTS, LLC,<br><br>                          Plaintiff,<br>  -against-<br><br>FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION and UNITED STATES SOCCER FEDERATION, INC.,<br><br>                          Defendants. | No. 19-cv-08359 (VEC) (BCM)<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendant United States Soccer Federation, Inc. ("U.S. Soccer") before the Honorable Valerie E. Caproni, at the United States District Courthouse for the Southern District of New York located at 40 Foley Square, New York, New York, 10007, at such time and place as shall be set by the Court, for an Order dismissing Plaintiff Relevent Sports, LLC's Amended Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE that Defendant U.S. Soccer requests oral argument of the within motion.

Dated: December 11, 2023
New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Lawrence E. Buterman*
Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

Christopher S. Yates (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com

*Attorneys for Defendant United States Soccer Federation, Inc.*