USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
  RELEVENT SPORTS, LLC,                           :
                                                  :
                              Plaintiff,          :
                                                  :
              -against-                           :      19-CV-8359 (VEC)
                                                  :
                                                  :      ORDER
  FÉDÉRATION INTERNATIONALE DE                    :
  FOOTBALL ASSOCIATION and UNITED                 :
  STATES SOCCER FEDERATION, INC.,                 :
                                                  :
                              Defendants.         :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 4, 2024, the parties called Chambers regarding a discovery dispute related to whether discovery against FIFA must proceed through the Hague Convention procedures or whether the Federal Rules of Civil Procedure govern.

IT IS HEREBY ORDERED that the parties must appear for a conference on **Tuesday, January 23, 2024** at **2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007, to discuss the issue.

IT IS FURTHER ORDERED that, no later than **January 16, 2024,** the parties must each submit a letter, no longer than three-page, single-spaced pages, laying out the legal authority for their position.

**SO ORDERED.**

Date: January 4, 2024
  New York, New York

**VALERIE CAPRONI
United States District Judge**