February 1, 2024

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:    *Relevent Sports, LLC v. FIFA, et al.,* No. 19-cv-8359 (VEC)

Dear Judge Caproni:

In accordance with the Court's July 20, 2023 Order, ECF No. 110, the parties submit this joint status letter regarding the above-referenced litigation.

**Motions to Dismiss**
Plaintiffs' deadline to file briefs in opposition to Defendants' motions to dismiss the Amended Complaint is February 7.

**Discovery**
<u>Relevent's Requests for Production to FIFA</u>: Relevent and FIFA tentatively resolved their discovery dispute related to whether discovery against FIFA must proceed through the Hague Convention procedures or whether the Federal Rules of Civil Procedure govern. Relevent and FIFA have continued negotiations over the substance of Relevent's Requests for Production and hope to be able to reach agreement.

<u>Relevent's Requests for Production to USSF</u>: Relevent and USSF are engaged in negotiations over the substance of Relevent's Requests and hope to be able to reach agreement.

<u>FIFA's Requests for Production to Relevent</u>: FIFA served its First Requests for Production on Relevent on December 18. Relevent served its Responses & Objections on January 17.

                *     *     *

In accordance with the Court's Order, the parties will submit another joint status update on March 1.

[signature page follows]

Respectfully submitted,

s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
Jonathan J. Amoona
Angela A. Smedley
Adam I. Dale
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
jamoona@winston.com
asmedley@winston.com
aidale@winston.com

*Counsel for Relevent Sports, LLC*

s/ *H. Christopher Boehning*
H. Christopher Boehning
Andrew C. Finch
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
cboehning@paulweiss.com
afinch@paulweiss.com

*Counsel for Defendant FIFA*

s/ *Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com

*Counsel for Defendant United States Soccer Federation*