March 1, 2024

<u>**VIA ECF**</u>
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

  Re: *Relevent Sports, LLC v. FIFA, et al.,* No. 19-cv-8359 (VEC)

Dear Judge Caproni:

In accordance with the Court's July 20, 2023 Order, ECF No. 110, the parties submit this joint status letter regarding the above-referenced litigation.

**Motions to Dismiss**
Relevent filed briefs in opposition to FIFA's and USSF's motions to dismiss the Amended Complaint on February 7. Defendants filed replies in further support of their motions to dismiss on February 28.

**Discovery**
Relevent is engaged in negotiations with FIFA and USSF over the substance of Relevent's respective Requests for Production to each Defendant and the parties hope to be able to reach agreement. Relevent and FIFA are also engaged in negotiations concerning FIFA's Requests for Production and hope to be able to reach agreement.

      \*  \*  \*

In accordance with the Court's Order, the parties will submit another joint status update on April 1.

      [signature page follows]

Respectfully submitted,

s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
Jonathan J. Amoona
Angela A. Smedley
Adam I. Dale
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
jamoona@winston.com
asmedley@winston.com
aidale@winston.com

*Counsel for Relevent Sports, LLC*

s/ *H. Christopher Boehning*
H. Christopher Boehning
Andrew C. Finch
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990
cboehning@paulweiss.com
afinch@paulweiss.com

*Counsel for Defendant FIFA*

s/ *Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com

*Counsel for Defendant United States Soccer Federation*