

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

**JEFFREY L. KESSLER**
Partner
212-294-4698
JKessler@winston.com

March 19, 2024

<u>VIA ECF</u>

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:    *Relevent Sports, LLC v. FIFA, et al.*, **No. 19-cv-8359 (VEC)**

Dear Judge Caproni:

    This firm represents Plaintiff Relevent Sports, LLC ("Relevent") in the above-captioned action.  We write to respectfully alert Your Honor to the Solicitor General's recent amicus brief in *USSF v. Relevent*, No. 23–120 (U.S. Mar. 14, 2024), attached hereto as **Exhibit A**.  The amicus brief unambiguously sets out the views of the United States that the Second Circuit correctly held Relevent alleged concerted action in this case and that USSF's petition for certiorari should accordingly be denied.  *See* Ex. A at 1, 23.  As Defendant USSF has taken a contrary position in its renewed motion to dismiss, currently pending before this Court, Relevent hereby submits the Solicitor General's brief as a relevant supplemental authority for the Court's consideration in deciding the pending motion to dismiss.  ECF No. 129.

    Relevent appreciates the Court's time and attention to this matter.

    Respectfully Submitted,

    <u>*s/ Jeffrey L. Kessler*</u>
    Jeffrey L. Kessler

cc:    All Counsel of Record (via ECF)