April 1, 2024

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

     Re:    *Relevent Sports, LLC v. FIFA, et al.,* No. 19-cv-8359 (VEC)

Dear Judge Caproni:

In accordance with the Court's July 20, 2023 Order, ECF No. 110, the parties submit this joint status letter regarding the above-referenced litigation.

**Discovery**
Relevent has engaged in negotiations with FIFA and USSF over the substance of Relevent's respective Requests for Production to each Defendant. Relevent and FIFA are near agreement, and Relevent and USSF have reached agreement.

On August 21, Relevent served its Initial Disclosures. On March 11, Relevent requested that Defendants serve their respective Initial Disclosures to facilitate Relevent's preparation of custodian and search term proposals. Defendants expect to be in a position to serve their initial disclosures next week.

Relevent is in the process of preparing, and will soon be serving, Interrogatories on Defendants.

Relevent and FIFA have also engaged in negotiations concerning FIFA's Requests for Production and hope to be able to reach agreement.

                                            *   *   *

In accordance with the Court's Order, the parties will submit another joint status update on May 1.

                                            [signature page follows]

Respectfully submitted,

| | |
|---|---|
| s/ *Jeffrey L. Kessler* <br> Jeffrey L. Kessler <br> Jonathan J. Amoona <br> Angela A. Smedley <br> Adam I. Dale <br> **WINSTON & STRAWN LLP** <br> 200 Park Avenue <br> New York, New York 10166 <br> Tel: (212) 294-6700 <br> Fax: (212) 294-4700 <br> jkessler@winston.com <br> jamoona@winston.com <br> asmedley@winston.com <br> aidale@winston.com <br><br> *Counsel for Relevent Sports, LLC* | s/ *H. Christopher Boehning* <br> H. Christopher Boehning <br> Andrew C. Finch <br> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> Tel: (212) 373-3000 <br> Fax: (212) 757-3990 <br> cboehning@paulweiss.com <br> afinch@paulweiss.com <br><br> *Counsel for Defendant FIFA* <br><br> s/ *Lawrence E. Buterman* <br> Lawrence E. Buterman <br> **LATHAM & WATKINS LLP** <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> Tel: (212) 906-1200 <br> Fax: (212) 751-4864 <br> lawrence.buterman@lw.com <br><br> Christopher S. Yates (*pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 505 Montgomery Street <br> Suite 2000 <br> San Francisco, CA 94111 <br> Tel: (415) 391-0600 <br> Fax: (415) 395-8095 <br> chris.yates@lw.com <br><br> *Counsel for Defendant United States Soccer Federation* |