

**MEMO ENDORSED**

NORTH AMERICA    SOUTH AMERICA    EUROPE    ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

JEFFREY L. KESSLER
Partner
212-294-4698
JKessler@winston.com

April 8, 2024

<u>VIA ECF</u>

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024

Re:   *Relevent Sports, LLC v. FIFA, et al.*, No. 19-cv-8359 (VEC)

Dear Judge Caproni:

This firm represents Plaintiff Relevent Sports, LLC ("Relevent") in the above-captioned action (the "Action"). We write with the consent of Defendant Fédération Internationale de Football Association ("FIFA") to notify the Court that Relevent and FIFA have reached an agreement that they expect will resolve the claims between them in the Action. FIFA and Relevent jointly request that the Court enter the enclosed Stipulation Regarding Dismissal of Defendant FIFA Without Prejudice (the "Stipulation").

Specifically, the Stipulation expresses Relevent's and FIFA's agreement that, notwithstanding FIFA's forthcoming dismissal from the Action without prejudice, FIFA will (1) "be bound by any injunction in this Action, including any appeal, concerning the October 26, 2018 announcement by the FIFA Council (as described in the Amended Complaint, ECF No. 57 ¶ 117) or any rules, policies, or practices concerning official season games held outside of the participating league's and teams' home territory (as described in the Amended Complaint)"; and (2) "consider in good faith any modifications to th[e] Stipulation required by the Court, or any appellate court, to determine that FIFA is not an indispensable party" to the continuing litigation against Defendant United States Soccer Federation.

Upon the Court entering the Stipulation, Relevent will promptly file its Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*s/ Jeffrey L. Kessler*
Jeffrey L. Kessler

cc:   All Counsel of Record (via ECF)

USSF is directed to file a letter by no later than April 17, 2024, explaining whether it has any objection to the proposed stipulation dismissing FIFA and its position as to whether FIFA's agreement to be bound by the stipulation moots USSF's argument that FIFA is an indispensable party.

SO ORDERED.                                    4/10/2024

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE