**MEMO ENDORSED**

Christopher S. Yates
Direct Dial: (415) 395-8157
Chris.Yates@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/24

**VIA CM-ECF**

April 23, 2024

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Relevent Sports, LLC v. United States Soccer Federation, Inc.*
Case No. 1:19-cv-08359-VEC (SDNY)
Request for Adjournment of Status Conference

Dear Judge Caproni:

Counsel for Relevent and U.S. Soccer in the above-captioned matter have conflicts in other matters this Thursday, April 25, 2024, which preclude them from being able to appear at the status conference Your Honor set on Monday, April 22, 2024. Pursuant to Rule 2.C of Your Honor's Individual Practices in Civil Cases, we respectfully request a brief adjournment of that conference. After conferring with counsel for FIFA, all counsel consent to this request and are available for a status conference during the morning of Thursday, May 2, 2024, if Your Honor is available.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Christopher S. Yates

Christopher S. Yates
of LATHAM & WATKINS LLP

*Attorney for Defendant*
*United States Soccer Federation*

cc: All Counsel of Record

---

Application GRANTED. The conference scheduled for April 25, 2024 at 10:30 A.M. is ADJOURNED to May 2, 2024 at 11:00 A.M in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.     4/23/24

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE