MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RELEVENT SPORTS, LLC,

               Plaintiff,

               v.

FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION and UNITED STATES SOCCER FEDERATION, INC.,

               Defendants.

Case No. 1:19-cv-08359-VEC

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**FÉDÉRATION INTERNATIONALE DE FOOTBALL ASSOCIATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Relevent Sports, LLC voluntarily dismisses the above-captioned matter, without prejudice, against Defendant Fédération Internationale de Football Association.

Dated: May 7, 2024

Respectfully submitted,

s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
Jonathan J. Amoona
Angela A. Smedley
Adam I. Dale
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
jamoona@winston.com
asmedley@winston.com
aidale@winston.com

*Counsel for Relevent Sports, LLC*

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate Fédération Internationale de Football Association as a defendant in this case, along with the open motion at Dkt. 121.

SO ORDERED.

5/8/2024

[signature]

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE