June 3, 2024

<u>**VIA ECF**</u>
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    *Relevent Sports, LLC v. United States Soccer Federation, Inc.,*
             No. 19-cv-8359 (VEC)

Dear Judge Caproni:

In accordance with the Court's July 20, 2023 Order, ECF No. 110, the parties submit this joint status letter regarding the above-referenced litigation.

**<u>Dismissal of FIFA</u>**
The parties appeared before the Court for a status conference on May 2. On May 7, Relevent filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, which was granted by the Court on May 8.

**<u>Settlement Conference</u>**
On May 9, USSF and Relevent separately filed letters requesting a referral to a judicial settlement conference. The matter was referred to Magistrate Judge Barbara C. Moses and a settlement conference was scheduled for July 29.

**<u>Discovery</u>**
On May 16, the Court entered a limited stay of discovery. The parties were directed that they "should continue with discovery regarding Relevent's claim for damages." On May 31, Relevent served USSF with a number of Interrogatories and provided USSF with a list of specific Requests for Production which it wants USSF to respond to now. USSF is preparing to serve discovery related to Relevent's claim for damages.

                                    \*      \*      \*

In accordance with the Court's Order, the parties will submit another joint status update on July 1.

Respectfully submitted,

| | |
|---|---|
| s/ *Jeffrey L. Kessler* | s/ *Lawrence E. Buterman* |
| Jeffrey L. Kessler | Lawrence E. Buterman |
| Jonathan J. Amoona | **LATHAM & WATKINS LLP** |
| Angela A. Smedley | 1271 Avenue of the Americas |
| Adam I. Dale | New York, New York 10020 |
| **WINSTON & STRAWN LLP** | Tel: (212) 906-1200 |
| 200 Park Avenue | Fax: (212) 751-4864 |
| New York, New York 10166 | lawrence.buterman@lw.com |
| Tel: (212) 294-6700 | |
| Fax: (212) 294-4700 | Christopher S. Yates (*pro hac vice*) |
| jkessler@winston.com | **LATHAM & WATKINS LLP** |
| jamoona@winston.com | 505 Montgomery Street |
| asmedley@winston.com | Suite 2000 |
| aidale@winston.com | San Francisco, CA 94111 |
| | Tel: (415) 391-0600 |
| *Counsel for Relevent Sports, LLC* | Fax: (415) 395-8095 |
| | chris.yates@lw.com |
| | |
| | *Counsel for Defendant United States Soccer Federation* |