July 1, 2024

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:   *Relevent Sports, LLC v. United States Soccer Federation, Inc.,*
              No. 19-cv-8359 (VEC)

Dear Judge Caproni:

In accordance with the Court's July 20, 2023 Order, ECF No. 110, the parties submit this joint status letter regarding the above-referenced litigation.

The parties are negotiating the scope of Relevent's pending discovery requests in light of the limited stay of discovery entered into by the Court on May 16.

On May 31, Relevent served USSF with an initial set of Interrogatories. On June 28, USSF served its Responses & Objections to the Interrogatories.

On June 21, USSF served its Initial Disclosures.

The parties are engaged in settlement discussions in advance of the July 29 settlement conference.

                          \*     \*     \*

In accordance with the Court's Order, the parties will submit another joint status update on August 1.

Respectfully submitted,

<table>
<tr><td>

s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
Jonathan J. Amoona
Angela A. Smedley
Adam I. Dale
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
jamoona@winston.com
asmedley@winston.com
aidale@winston.com

*Counsel for Relevent Sports, LLC*

</td><td>

s/ *Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com

*Counsel for Defendant United States Soccer Federation*

</td></tr>
</table>