

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**JEFFREY L. KESSLER**
Partner
212-294-4698
JKessler@winston.com

July 15, 2024

<u>**VIA ECF**</u>

Hon. Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, NY 10007

      Re:    *Relevent Sports, LLC v. United States Soccer Federation, Inc.*,
              No. 19-cv-8359 (VEC)

Dear Magistrate Judge Moses:

      This firm represents Plaintiff Relevent Sports, LLC ("Relevent") in the above-captioned action. Due to an unavoidable scheduling conflict, I write as lead trial counsel for Relevent pursuant to Your Honor's May 15, 2024 Order Scheduling Settlement Conference (ECF No. 166) ("Scheduling Order") to request an alteration to Your Honor's requirement that Relevent be accompanied *in person* "by [its] lead trial attorney" at the upcoming settlement conference. Scheduling Order, ¶ 1. I respectfully request leave to appear by Zoom (or other videoconference system). Defendant United States Soccer Federation, Inc. ("USSF") does not oppose Plaintiff's request.

      Specifically, I am scheduled to deliver oral argument in another matter in the U.S. District Court, District of Hawaii on July 30. I was unable to make travel arrangements that would allow me to attend the settlement conference in person on the afternoon of July 29 and still arrive in Hawaii with sufficient time to prepare for the July 30 oral argument in that district. However, I have adjusted my schedule to travel to Hawaii on July 28, which would allow me to participate in the July 29 settlement conference by Zoom (or other videoconference system). My partner, Adam Dale, will attend the settlement conference in person along with Relevent's principals. Mr. Dale has appeared in the case, has been closely involved throughout the proceedings, and has the same knowledge and authority with respect to this matter as I do.

      As the Court may recall, counsel for USSF indicated that one of its principals may need to participate in the settlement conference remotely due to his international travel obligations surrounding the Olympics. Relevent did not object to that request. As such, Relevent does not anticipate that there will be any additional disruption if another participant attends the settlement conference remotely.

      Relevent appreciates Your Honor's time and attention to this matter.



July 15, 2024<br/>Page 2

                    Respectfully Submitted,

                    *s/ Jeffrey L. Kessler*
                    Jeffrey L. Kessler

cc:    All Counsel of Record (via ECF)