August 1, 2024

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    *Relevent Sports, LLC v. United States Soccer Federation, Inc.*,
             No. 19-cv-8359 (VEC)

Dear Judge Caproni:

      In accordance with the Court's July 20, 2023 Order, ECF No. 110, and the Court's May 16, 2024 Memo Endorsement, ECF No. 168, the parties submit this joint status letter regarding the above-referenced litigation and the status of the parties' settlement negotiations.

      The parties' settlement conference was scheduled for July 29 but has been adjourned. The parties informed Magistrate Judge Moses that Relevent's lead trial counsel, Jeffrey Kessler, was unable to attend in person because of conflicting travel for an oral argument in the District of Hawaii and USSF's CEO, JT Batson, was unable to attend in person due to travel in connection with the Paris Olympics. Relevent requested permission for each party to bring a personal laptop and connect Mr. Kessler and Mr. Batson remotely during the settlement conference. ECF No. 172. USSF did not oppose Relevent's request, but indicated that its preference was to adjourn the settlement conference until all participants could attend in person. *Id.* On July 23, Magistrate Judge Moses adjourned the settlement conference and ordered the parties to promptly reschedule the conference for a later date when all parties and trial counsel could attend in person. ECF No. 173. On July 31, Judge Moses rescheduled the settlement conference for September 24. ECF No. 174.

      In the interim, Relevent remains open to discussing a negotiated resolution with USSF. However, at this time, from Relevent's perspective, settlement discussions have not meaningfully advanced. Unless and until there is significant progress towards a settlement, Relevent intends to pursue discovery consistent with the Court's limited stay. USSF has requested information from Relevent to support Relevent's purported damages claim and facilitate settlement of this matter. To date, Relevent has not provided USSF with any of the requested information. USSF is contemplating serving formal damages-related discovery on Relevent but would prefer not to put Relevent through the expense related to responding formally to document requests and interrogatories if Relevent is willing to provide the necessary information voluntarily. The parties are discussing that voluntary production.

      In accordance with the Court's Order, the parties will submit another joint status update on September 2.

Respectfully submitted,

s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
Jonathan J. Amoona
Angela A. Smedley
Adam I. Dale
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
jamoona@winston.com
asmedley@winston.com
aidale@winston.com

*Counsel for Relevent Sports, LLC*

s/ *Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com

*Counsel for Defendant United States Soccer Federation*