Lawrence E. Buterman
Direct Dial: +1.212.906.1264
lawrence.buterman@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

September 24, 2024

<u>VIA ECF</u>

Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re: *Relevent Sports, LLC v. United States Soccer Federation, Inc.*, Case No. 1:19-cv-08359-VEC-BCM (S.D.N.Y.): Electronic Devices Request for Use During <u>Settlement Conference</u>

Dear Judge Moses:

     In accordance with Standing Order M10-468 of the United States District Court for the Southern District of New York, Defendant United States Soccer Federation, Inc. writes to respectfully request permission to bring electronic equipment into the Courthouse for use during the settlement conference taking place this afternoon, September 24, 2024, at 2 PM ET.

     Enclosed is a copy, attached hereto as Exhibit A, of the Proposed Order for the Court's consideration.

Respectfully submitted,

<u>/s/ Lawrence E. Buterman</u>
Lawrence E. Buterman
of LATHAM & WATKINS LLP

cc: All counsel of record (via ECF (with enclosure))