# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

------------------------------------------------------------x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

*Relevent Sports, LLC v. United States Soccer Federation, Inc.*, Case No. 19-cv-8359-VEC-BCM

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The dates for which such authorization is provided are: September 24, 2024.

| Individual | E-Mail | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Lawrence E. Buterman | lawrence.buterman@lw.com | 1 cell phone; 1 computer; 1 iPad | Courtroom 20A | Yes |
| JT Batson | jtbatson@ussoccer.org | 1 cell phone; 1 computer; 1 iPad | Courtroom 20A | Yes |
| Carlos Kuri | ckuri@ussoccer.org | 1 cell phone; 1 computer; 1 iPad | Courtroom 20A | Yes |
| Greg Fike | gfike@ussoccer.org | 1 cell phone; 1 computer; 1 iPad | Courtroom 20A | Yes |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

_____, 2024    _____
THE HONORABLE BARBARA C. MOSES
United States Magistrate Judge