October 1, 2024

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:   *Relevent Sports, LLC v. United States Soccer Federation, Inc.*,
             No. 19-cv-8359 (VEC)

Dear Judge Caproni:

In accordance with the Court's July 20, 2023 Order, ECF No. 110, and the Court's May 16, 2024 Memo Endorsement, ECF No. 168, the parties submit this joint status letter regarding the above-referenced litigation and the results of the parties' settlement conference.

The parties' settlement conference was held on September 24 and did not result in a settlement.

Accordingly, Relevent and U.S. Soccer request that the Court lift the limited stay of discovery that was entered on May 16 (ECF No. 168), set a discovery schedule, and set a briefing schedule for U.S. Soccer's forthcoming motion to dismiss. The parties submit the below proposed schedule for U.S. Soccer's motion and discovery.

| Event[1] | Deadline |
| --- | --- |
| U.S. Soccer's Motion to Dismiss | November 1, 2024 |
| Relevent's Opposition to the Motion to Dismiss | December 2, 2024 |
| U.S. Soccer's Reply in Support of Motion to Dismiss | December 16, 2024 |
| Fact Discovery Deadline | August 29, 2025 |

Relatedly, the Court previously scheduled a "post discovery conference" for October 4, 2024. ECF No. 110. In light of the stay of discovery and revised schedule, the Parties are uncertain of whether the Court still intends to hold a conference on October 4. If the Court would like the Parties to appear for a conference, the Parties respectfully request a continuance to October 14, 15 or 16, if that is convenient for the Court.

---

[1] The parties are negotiating a deadline for expert discovery.

In accordance with the Court's Order, the parties will submit another joint status update on November 1.

Respectfully submitted,

<table>
<tr><td>

s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
Jonathan J. Amoona
Angela A. Smedley
Adam I. Dale
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
jamoona@winston.com
asmedley@winston.com
aidale@winston.com

*Counsel for Relevent Sports, LLC*

</td><td>

s/ *Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com

*Counsel for Defendant United States Soccer Federation*

</td></tr>
</table>