November 15, 2024

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:    *Relevent Sports, LLC v. United States Soccer Federation, Inc.*,
             No. 19-cv-8359 (VEC)

Dear Judge Caproni:

In accordance with the Court's October 2, 2024 Order, ECF No. 179, the parties submit this joint status letter regarding the above-referenced litigation.

### I. MOTION TO DISMISS

USSF filed its Second Motion to Dismiss the Amended Complaint on November 1. Relevent's deadline to file its brief in opposition is December 2. USSF's deadline to file its reply is December 16.

### II. DISCOVERY

The parties have served both requests for production and interrogatories on one another, and have been negotiating numerous issues regarding the timetable for production and related procedures. Earlier this evening, the parties reached agreement on several points, and will submit a supplemental status update to the Court cataloging that agreement. The parties have also exchanged drafts of an ESI Protocol and anticipate sending an agreed-upon protocol to the Court in the near future.

Respectfully submitted,

| | |
|---|---|
| s/ *Jeffrey L. Kessler* | s/ *Lawrence E. Buterman* |
| Jeffrey L. Kessler | Lawrence E. Buterman |
| Jonathan J. Amoona | **LATHAM & WATKINS LLP** |
| Angela A. Smedley | 1271 Avenue of the Americas |
| Adam I. Dale | New York, New York 10020 |
| **WINSTON & STRAWN LLP** | Tel: (212) 906-1200 |
| 200 Park Avenue | Fax: (212) 751-4864 |

New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
jamoona@winston.com
asmedley@winston.com
aidale@winston.com

*Counsel for Relevent Sports, LLC*

lawrence.buterman@lw.com

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com

*Counsel for Defendant United States Soccer Federation*