January 15, 2025

**VIA ECF**
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Relevent Sports, LLC v. United States Soccer Federation, Inc.,*
>       **No. 19-cv-8359 (JAV)**

Dear Judge Vargas:

In accordance with Judge Caproni's October 2, 2024 Order, ECF No. 179 (the "Order"), the parties submit this joint status letter regarding the above-referenced litigation. The parties' understanding is that, notwithstanding the transfer of this action to Your Honor, the Order remains in effect and the parties should continue to submit monthly joint status letters. If the Court would prefer a different procedure, the parties are happy to oblige.

## I.   MOTION TO DISMISS

USSF filed its Second Motion to Dismiss the Amended Complaint on November 1. Relevent filed its brief in opposition on December 2. USSF filed its reply on December 16.

## II.   DISCOVERY

### A.   Written Party Discovery

The parties have negotiated the scope of their responses to each other's Requests for Production and document custodians. The parties are near agreement on applicable search terms. The parties will begin making rolling productions on February 15 and will substantially complete their productions by April 11.

### B.   Third Party Discovery

Relevent has continued to engage with a third party regarding production of documents in response to a Rule 45 subpoena. Relevent is considering whether additional third-party subpoenas are necessary.

                              *        *        *

In accordance with the Order, the parties will submit another joint status update on February 17, subject to any further instructions from the Court.

Respectfully submitted,

s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
Jonathan J. Amoona
Angela A. Smedley
Adam I. Dale
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
jamoona@winston.com
asmedley@winston.com
aidale@winston.com

*Counsel for Relevent Sports, LLC*

s/ *Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com

*Counsel for Defendant United States Soccer Federation*