March 17, 2025

**VIA ECF**
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Relevent Sports, LLC v. United States Soccer Federation, Inc.,*
              No. 19-cv-8359 (JAV)

Dear Judge Vargas:

In accordance with the Court's February 4, 2025 Order, ECF No. 190 (the "Order"), the parties submit this joint status letter regarding the above-referenced litigation.

### I. MOTION TO DISMISS

U.S. Soccer's second motion to dismiss the amended complaint was fully submitted as of December 16, 2024.

### II. DISCOVERY

#### A. Document Productions

The parties exchanged initial document productions on February 17. The parties plan to substantially complete their productions by April 11.

#### B. Third Party Discovery

Relevent has continued to engage with third parties regarding production of documents. Relevent is considering whether additional third-party subpoenas are necessary.

### III. SETTLEMENT

The parties' principals have re-engaged in settlement discussions. While the parties remain hopeful that they can reach a resolution, no settlement has been reached. Should the parties reach a resolution, they will promptly notify the Court.

                              \*      \*      \*

In accordance with the Order, the parties will submit another joint status update on April 15.

Respectfully submitted,

| | |
|---|---|
| s/ *Jeffrey L. Kessler* | s/ *Lawrence E. Buterman* |
| Jeffrey L. Kessler | Lawrence E. Buterman |
| Jonathan J. Amoona | **LATHAM & WATKINS LLP** |
| Angela A. Smedley | 1271 Avenue of the Americas |
| Adam I. Dale | New York, New York 10020 |
| **WINSTON & STRAWN LLP** | Tel: (212) 906-1200 |
| 200 Park Avenue | Fax: (212) 751-4864 |
| New York, New York 10166 | lawrence.buterman@lw.com |
| Tel: (212) 294-6700 | |
| Fax: (212) 294-4700 | Christopher S. Yates (*pro hac vice*) |
| jkessler@winston.com | **LATHAM & WATKINS LLP** |
| jamoona@winston.com | 505 Montgomery Street |
| asmedley@winston.com | Suite 2000 |
| aidale@winston.com | San Francisco, CA 94111 |
| | Tel: (415) 391-0600 |
| *Counsel for Relevent Sports, LLC* | Fax: (415) 395-8095 |
| | chris.yates@lw.com |
| | |
| | *Counsel for Defendant United States Soccer Federation* |