UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RELEVENT SPORTS, LLC,<br><br>                  Plaintiff,<br><br>           v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>                  Defendant. | Case No. 1:19-cv-08359-JAV |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
<u>UNITED STATES SOCCER FEDERATION, INC.</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Relevent Sports, LLC voluntarily dismisses the above-captioned matter, with prejudice, as to Defendant United States Soccer Federation, Inc.

Dated:  April 9, 2025

Respectfully submitted,

s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
Jonathan J. Amoona
Angela A. Smedley
Adam I. Dale
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
jamoona@winston.com
asmedley@winston.com
aidale@winston.com

*Counsel for Relevent Sports, LLC*